IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLEN MOORE                                                                                              PLAINTIFF

v.                                         Civil No.   4:24-cv-04078-BAB

OFFICER WEAVER                                                                                        DEFENDANT

### ORDER

Plaintiff originally filed his Complaint and Application to proceed *in forma pauperis* on July 23, 2024. (ECF Nos. 1, 2). The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* (ECF No. 3), hereby directs the United States Marshal to serve Defendant Officer Weaver. Defendant should be served with the Complaint (ECF No. 1). Defendant may be served in care of Sheriff Singleton at Hempstead County Sheriff's Office, 312 South Washington Street, Hope, AR 71801.

Defendant is to be served without prepayment of fees and costs or security therefor.

Defendant is ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with the Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

IT IS SO ORDERED this 5th day of August 2024.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE